

*Eileen W. Hollowell* (signature)
**EILEEN W. HOLLOWELL**
U.S. Bankruptcy Judge

---

Wayne Mortensen (#18519)
FARNSWORTH LAW OFFICES
1837 S. Mesa Dr., Ste. A103
Mesa, Arizona 85210
(480) 820-3600
Fax (480) 820-4800
azflo@cox.net
Attorney for Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

In re:

FRANCISCO H. VIRAMONTES
SS# ***-**-1322

and

SALLY M. VIRAMONTES
SS# ***-**-0165

Debtors.

) In Proceedings Under
) Chapter Thirteen
)
) Case No. 4-06-bk-01406 EWH
)
) STIPULATED ORDER GRANTING
) MOTION FOR SEVEN MONTH
) MORATORIUM ON CHAPTER
) THIRTEEN PLAN PAYMENTS
)
)

AFTER THOROUGH CONSIDERATION of the Debtor's Motion for Seven Month Moratorium filed by the Debtor's on or about October 11, 2007 and good cause appearing;

**IT IS HEREBY ORDERED** granting Debtor's Motion for Seven Month Moratorium, for the months of September 2007 through March 2008, in the total amount of $2,975.00.

**IT IS FURTHER ORDERED** that to accommodate the moratorium and ensure that no creditor is negatively affected, the length of the Debtors plan shall be extended from 48 months to 55 months.

DATED this _____ day of _____, 2007.

_____
U.S. BANKRUPTCY COURT JUDGE

The foregoing approved as
to form and content by:

_____
Dianne Kerns, Trustee
PMB 413
7320 N. La Cholla, #154
Tucson, AZ 85741-2305

SIGNED BY TRUSTEE ON: 12/20/17

*GRANTED* (watermark)

Case 4:06-bk-01406-EWH   Doc 43   Filed 01/18/08   Entered 01/22/08 07:03:20   Desc