Wayne Mortensen (#18519)
FARNSWORTH LAW OFFICES
1837 S. Mesa Dr., Ste. A103
Mesa, Arizona 85210
(480) 820-3600
Fax (480) 820-4800
azflo@cox.net

Attorney for Debtors

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In Re:<br><br>FRANCISCO H. VIRAMONTES and<br>SALLY M. VIRAMONTES<br><br><br><br><br><br>_____Debtors._____ | In Proceedings Under<br>Chapter Thirteen<br><br>Case No. 4-06-bk-01406 EWH<br><br>RESPONSE TO NOTICE OF<br>DEFAULT FILED BY<br>ACCREDITED HOME LENDERS |

COME NOW the Debtors, FRANCISCO H. VIRAMONTES and SALLY M. VIRAMONTES, by undersigned counsel, who hereby respond to the Notice of Default filed by Accredited Home Lenders, as follows:

1) On or about January 14, 2008, Accredited Home Lenders, through counsel, filed a Notice of Default in the Debtors case. Said Notice stated that the Debtors have failed to submit their regular monthly mortgage payments, as well as the stipulation payments, since December 2007, as per the agreed upon Stipulation.

2) Debtors have informed counsel that the December payments were forwarded directly to Accredited Home Lenders counsel on or about December 17, 2007. The January 2008 payments were forwarded to Accredited's counsel on January 29, 2008.

WHEREFORE, premises considered, Debtors request that the stay remain in full force and effect on the property.

RESPECTFULLY SUBMITTED this  29th  day of    January    , 2008.

    FARNSWORTH LAW OFFICES

       /s/ Wayne Mortensen (#18519)
    Wayne Mortensen
    Attorney for Debtors

Copies of the foregoing
sent this  29th  day
of   January   2008, to:

Dianne Kerns
PMB 413
7320 N. La Cholla, #154
Tucson, AZ 85741-2305
Trustee

Mark S. Bosco
Tiffany & Bosco, P.A.
2525 E. Camelback Rd., Ste. 300
Phoenix, AZ 85016
Counsel for Accredited Home Lenders


 /s/    Susan Krause