# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**THIRD FLOOR**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Secured Creditor

09-25528/0011965472

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Francisco H. Viramontes and Sally M. Viramontes<br><br>Debtors.<br>_____<br>Deutsche Bank National Trust Company, as Indenture Trustee, for the benefit of the holders of the Aames Mortgage Investment Trust 2005-4 Mortgage Backed Notes<br><br>Secured Creditor,<br>vs.<br><br>Francisco H. Viramontes and Sally M. Viramontes, Debtors; Dianne C. Kerns, Trustee.<br><br>Respondents. | No. 4:06-bk-01406-EWH<br><br>Chapter 13<br><br>OBJECTION TO CHAPTER 13 PLAN |

Deutsche Bank National Trust Company, as Indenture Trustee, for the benefit of the holders of the Aames Mortgage Investment Trust 2005-4 Mortgage Backed Notes, a secured creditor, by its attorneys, TIFFANY & BOSCO, P.A., hereby objects to the proposed Chapter 13 Plan filed by the Debtor for the following reasons:

1        1.      The Chapter 13 Plan does not adequately provide for repayment of arrearages owed to Deutsche Bank National Trust Company, as Indenture Trustee, for the benefit of the holders of the Aames Mortgage Investment Trust 2005-4 Mortgage Backed Notes, pursuant to the proof of claim in the amount of $5,899.74 .   Secured creditor requests that the arrearages as set forth in its Proof of Claim be paid through the Plan.  A copy of Secured Creditor's Proof of Claim is attached hereto as Exhibit "A" and made a part hereof by this reference.

2.      The Chapter 13 Plan filed with the Court does not provide to secured creditor repayment of its attorney fees incurred for bankruptcy and/or foreclosure proceedings.  Secured creditor requests that the attorney fees as set forth in its Proof of Claim be paid through the Plan.

Secured Creditor will withdraw these objections when presented with a Stipulated Order Confirming Plan that provides for the arrearages, interest and fees as provided in the Proof of Claim and as stated above.

DATED this 16th day of October, 2009.

Respectfully submitted,

TIFFANY & BOSCO, P.A.


BY   /s/ MSB # 010167
               Mark S. Bosco
               Leonard J. McDonald
               Attorneys for Secured Creditor

COPY of the foregoing mailed
October 16, 2009 to:

Francisco H. Viramontes and Sally M. Viramontes
657 E Camino Alteza
Tucson, AZ  85704
Debtors

Wayne Mortensen
1837 S Mesa Drive
Suite A-103
Mesa, AZ 85210
Attorney for Debtors

Dianne C. Kerns
7320 N. La Cholla, #154
PMB413
Tucson, AZ  85741
Trustee


By: Anne Mallette